It is ORDERED that the petition for certification is granted.

154 A.3d 688

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ALEXIS SANCHEZ-MEDINA, DEFENDANT-PETITIONER.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004779-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted limited to the issues of: 1) the admissibility of defendant's immigration status for impeachment purposes; and 2) the trial court's failure to instruct the jury on identification.

154 A.3d 688

DOUGLAS DRIFT, PLAINTIFF-PETITIONER, v. EVELYN DAVIS AS ADMINISTRATOR, THE NEW JERSEY STATE PAROLE BOARD, ANGEL SANTIAGO AND GARY M. LANIGAN, DEFENDANTS-RESPONDENTS. AND OTHER RELATED CASES.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2129/2131/2132-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 688

PHILIP A. SAPIO, PLAINTIFF-PETITIONER, v. EVELYN DAVIS AS ADMINISTRATOR AND THE NEW JERSEY STATE PAROLE BOARD, DEFENDANTS-RESPONDENTS. AND OTHER RELATED CASES.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2129/2131/2132-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.